```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| WILLIAM COLON CORTES, | : |
| Plaintiff, | : Civil No. 09-6293 (RMB) |
| v. | : **O R D E R** |
| OMAR AGUILAR, | : (CLOSED) |
| Defendant. | : |

The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. § 1915(e)(2);

It is on this **26th** day of **April** **2010**,

**ORDERED** that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee, pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

**ORDERED** that Plaintiff's claims are hereby DISMISSED for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that the Clerk of the Court shall close this case.

                                    s/Renée Marie Bumb
                                    RENÉE MARIE BUMB
                                    United States District Judge